United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO FRANCO PEREZ, 092048510,<br>Petitioner,<br>v.<br>ERIK S. BONNAR, et al.,<br>Respondent(s). | Case No. 19-cv-08465-CRB (PR)<br>**ORDER OF DISMISSAL**<br>(ECF No. 2) |

On January 13, 2020, the post office returned the court's mail to petitioner as undeliverable because petitioner is no longer in custody at Mesa Verde Detention Facility. ECF No. 6. Because more than 60 days have passed since the court's mail to petitioner was returned as undeliverable, and the court has received no written communication from petitioner indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

But based solely on petitioner's affidavit of poverty, his motion for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

The clerk is instructed to close the file and terminate the motion appearing on ECF as pending item number 2.

**IT IS SO ORDERED**.

Dated: March 18, 2020

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO FRANCO PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIK S. BONNAR, et al.,<br><br>    Defendants. | Case No. 3:19-cv-08465-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benito Franco Perez ID: 092048510
Mesa Verde Detention Center
425 Golden State Ave
Bakersfield, CA 93301


Dated: March 18, 2020

                                          Susan Y. Soong
                                        Clerk, United States District Court

                                        By:_____
                                        Lashanda Scott, Deputy Clerk to the
                                        Honorable CHARLES R. BREYER